FILED
United States Court of Appeals
Tenth Circuit

December 30, 2019

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

JAMES C. STRADER,

     Plaintiff - Appellant,

v.

ROGER WERHOLTZ, Secretary of
Corrections; KANSAS
DEPARTMENT OF CORRECTIONS;
CORIZON; SAM CLINE, Warden, El
Dorado Correctional Facility; FNU
SHUBER,

     Defendants - Appellees.

No. 19-3242
(D.C. No. 5:19-CV-03102-SAC)
(D. Kan.)

**ORDER AND JUDGMENT**[*]

Before **CARSON**, **BALDOCK**, and **MURPHY**, Circuit Judges.

After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist in the determination

---

[*]This order and judgment is not binding precedent except under the
doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited,
however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th
Cir. R. 32.1.

of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

James C. Strader appeals from a series of orders of the United States District Court for the District of Kansas. The district court dismissed Strader's pro se 42 U.S.C. § 1983 civil rights complaint for failure to state a claim; denied Strader's numerous motions, which constituted more than 900 pages, as frivolous and irrelevant; and imposed targeted and narrow restrictions on Strader's ability to file additional motions in this particular case. Reading his difficult-to-understand appellate filings liberally, Strader appears to appeal from all of these rulings.

Strader's brief on appeal does not contain a single meaningful citation to authority or any meaningful analysis of the propriety of the district court's dismissal of his complaint, resolution of his numerous motions, or imposition of limited filing restrictions. Upon de novo review of the district court's various orders, Strader's appellate brief, and the entire record on appeal, we conclude this appeal is frivolous and, therefore, Strader is not entitled to proceed on appeal in forma pauperis.

For those reasons set out above, this appeal is **DISMISSED** pursuant to the terms of 28 U.S.C. § 1915(e)(2)(b)(i) (providing that a court shall dismiss a proceeding in forma pauperis if the court determines the action or appeal is frivolous or malicious).

ENTERED FOR THE COURT


Michael R. Murphy
Circuit Judge